**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13303
Non-Argument Calendar
_____

JOSE YEYILLE,

　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff-Appellant,*

*versus*

GREENBERG TRAURIG, P.A.,
　　in its individual capacity and in its official capacity, jointly
　　and severally liable,
JOHN K. LONDOT, ESQ.,
　　in his individual capacity and in his official capacity, jointly
　　and severally liable,

　　　　　　　　　　　　　　　　　　　　　　　*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-21891-DPG
_____

Before GRANT, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

Jose Yeyille, pro se, filed a notice of appeal designating the district court's September 17, 2025 order deferring ruling on Yeyille's postjudgment motion for disqualification and relief from dismissal.

We lack jurisdiction over the September 17 order because it did not dispose of any, much less all, of the issues raised in Yeyille's postjudgment motion and, therefore, is not a final order. *See* 28 U.S.C. § 1291 (providing that we have jurisdiction over "appeals from all final decisions of the district courts"); *Mayer v. Wall St. Equity Grp., Inc.*, 672 F.3d 1222, 1224 (11th Cir. 2012) (explaining that in postjudgment proceedings, "an order is deemed final if it disposes of all the issues raised in the motion that initially sparked the postjudgment proceedings").

The order is not appealable under the collateral order doctrine because it did not resolve any of the issues raised in Yeyille's motion and may be reviewed on appeal from a final order in the postjudgment proceedings. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it conclusively resolves an important issue collateral to the merits and is effectively unreviewable on appeal from a final judgment).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED as moot.